B25B (Official Form 25B) (12/08)

# United States Bankruptcy Court
## Middle District of Florida
## Jacksonville Division

In re
Mt Calvary Missionary Baptist
Church of Jacksonville, Inc
     Debtor

Case No. 3:08-bk-00314-JAF

Small Business Case under Chapter 11

## MT CALVARY MISSIONARY BAPTIST CHURCH OF JACKSONVILLE, INC'S DISCLOSURE STATEMENT, DATED JUNE 25, 2009

### *Table of Contents*

| | | |
|---|---|---|
| I. | **INTRODUCTION** | **Page 2** |
| II. | **BACKGROUND** | **Page 3** |
| III. | **SUMMARY OF THE PLAN OF REORGANIZATION AND TREATMENT OF CLAIMS AND EQUITY INTERESTS** | **Page 5** |
| IV. | **CONFIRMATION REQUIREMENTS AND PROCEDURES** | **Page 10** |
| V. | **EFFECT OF CONFIRMATION OF PLAN** | **Page 12** |
| | **EXIHIBITS** | **Page 14** |

B25B (Official Form 25B) (12/08) – Cont.

I.    **INTRODUCTION**

This is the disclosure statement (the "Disclosure Statement") in the small business chapter 11 case of Mt. Calvary Missionary Baptist Church of Jacksonville, Inc (the "Debtor"). This Disclosure Statement contains information about the Debtor and describes the Mt. Calvary Missionary Baptist Church Of Jacksonville, Inc.'s Plan Of Reorganization, Dated June 25, 2009 (the "Plan") filed by the Debtor on June 25, 2009. A full copy of the Plan is attached to this Disclosure Statement as Exhibit A. *Your rights may be affected. You should read the Plan and this Disclosure Statement carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.*

The proposed distributions under the Plan are discussed at pages 6 - 7 of this Disclosure Statement. General unsecured creditors are classified in Class 5, and will not receive a distribution.

A.    **Purpose of This Document**

This Disclosure Statement describes:

- The Debtor and significant events during the bankruptcy case,
- How the Plan proposes to treat claims or equity interests of the type you hold (*i.e.*, what you will receive on your claim or equity interest if the plan is confirmed),
- Who can vote on or object to the Plan,
- What factors the Bankruptcy Court (the "Court") will consider when deciding whether to confirm the Plan,
- Why the Debtor believes the Plan is feasible, and how the treatment of your claim or equity interest under the Plan compares to what you would receive on your claim or equity interest in liquidation, and
- The effect of confirmation of the Plan.

Be sure to read the Plan as well as the Disclosure Statement. This Disclosure Statement describes the Plan, but it is the Plan itself that will, if confirmed, establish your rights.

B.    **Deadlines for Voting and Objecting; Date of Plan Confirmation Hearing**

The Court has not yet confirmed the Plan described in this Disclosure Statement. This section describes the procedures pursuant to which the Plan will or will not be confirmed.

1.    *Time and Place of the Hearing to Finally Approve This Disclosure Statement and Confirm the Plan*

The hearing at which the Court will determine whether to finally approve this Disclosure Statement and]confirm the Plan will take place on _____, at _____, in Courtroom 4D, at the Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, Florida 32202.

2.    *Deadline For Voting to Accept or Reject the Plan*

If you are entitled to vote to accept or reject the plan, vote on the enclosed ballot and return the ballot in the enclosed envelope to Rehan Khawaja, Esquire, 817 North Main Street, Jacksonville, FL 32202. See section IV.A. below for a discussion of voting eligibility requirements.

Your ballot must be received by _____ or it will not be counted.

      3.    *Deadline For Objecting to the Adequacy of Disclosure and Confirmation of the Plan*

Objections to this Disclosure Statement or to the confirmation of the Plan must be filed with the Court and served upon Rehan Khawaja, Esquire, 817 North Main Street, Jacksonville, FL 32202 by _____.

      4.    *Identity of Person to Contact for More Information*

If you want additional information about the Plan, you should contact Rehan Khawaja, 817 North Main Street, Jacksonville, FL 32202.

    C.    **Disclaimer**

*The Court has conditionally approved this Disclosure Statement as containing adequate information to enable parties affected by the Plan to make an informed judgment about its terms. The Court has not yet determined whether the Plan meets the legal requirements for confirmation, and the fact that the Court has approved this Disclosure Statement does not constitute an endorsement of the Plan by the Court, or a recommendation that it be accepted. The Court's approval of this Disclosure Statement is subject to final approval at the hearing on confirmation of the Plan. Objections to the adequacy of this Disclosure Statement may be filed until _____.*

## II.   **BACKGROUND**

    A.    **Description and History of the Debtor's Business**

The Debtor is a non-profit corporation.   Since October 14, 1976, the Debtor has been a church and relies on monthly membership and donations from its members and followers.

    B.    **Insiders of the Debtor**

    (I)    JOHN ALLEN NEWMAN    President & Director.

| | |
|---|---|
| Compensation in 2006: | $ 241,123.04 |
| Compensation in 2007: | $ 243,451.28 |
| Compensation 1/1/2008 - 1/20/2008 | $ 14,917.87 |
| Compensation 1/21/2008 – 6/25/2009 | $ 106,509.44 |

    (II)    ISAAC J. MAYHEW    Director.

Mr. Mayhew does not receive any compensation from the Debtor.

(III)    GEORGE CAMMON           Director.

Mr. Cammon does not receive any compensation from the Debtor.

(IV)    LENA THOMPSON           Director.

| | |
|---|---|
| Compensation in 2006: | $ 5,435.64 |
| Compensation in 2007: | $ 7,249.80 |
| Compensation 1/1/2008 - 1/20/2008 | $    731.88 |
| Compensation 1/21/2008 – 6/25/2009 | $12,140.88 |

### C.    Management of the Debtor Before and During the Bankruptcy

During the two years prior to the date on which the bankruptcy petition was filed, the officers, directors, managers or other persons in control of the Debtor (collectively the "Managers") were Pastor John Allen Newman, Isaac J. Mayhew, George Cammon and Lena Thompson.

The Manager of the Debtor during the Debtor's chapter 11 case has been: Pastor John A. Newman, President. He will continue to manage the Debtor after confirmation.

### D.    Events Leading to Chapter 11 Filing

The Debtor lost many of its members in an internal dispute, which led to a loss of income and the filing of this bankruptcy.

### E.    Significant Events During the Bankruptcy Case

Prior to the filing of this bankruptcy, the Debtor began to increase membership and as a result its income increased. Subsequent to the bankruptcy filing, the Debtor has reduced expenses by reducing salaries of the top employees and other expenses.

### F.    Projected Recovery of Avoidable Transfers

The Debtor does not intend to pursue any preference, fraudulent conveyance, or other avoidance actions. The Debtor does not believe any such actions are available to the Debtor.

### G.    Claims Objections

Except to the extent that a claim is already allowed pursuant to a final non-appealable order, the Debtor reserves the right to object to claims. Therefore, even if your claim is allowed for voting purposes, you may not be entitled to a distribution if an objection to your claim is later upheld. The procedures for resolving disputed claims are set forth in Article V of the Plan.

H.      **Current and Historical Financial Conditions**

The identity and fair market value of the estate's assets are listed in Exhibit B.

The Debtor's most recent financial statements, if any, issued before bankruptcy, each of which was filed with the Court, are set forth in Exhibit C.

The most recent post-petition operating report filed since the commencement of the Debtor's bankruptcy case is set forth in Exhibit D.

III.    **SUMMARY OF THE PLAN OF REORGANIZATION AND TREATMENT OF CLAIMS AND EQUITY INTERESTS**

A.      **What is the Purpose of the Plan of Reorganization?**

As required by the Code, the Plan places claims and equity interests in various classes and describes the treatment each class will receive.  The Plan also states whether each class of claims or equity interests is impaired or unimpaired.  If the Plan is confirmed, your recovery will be limited to the amount provided by the Plan.

B.      **Unclassified Claims**

Certain types of claims are automatically entitled to specific treatment under the Code.  They are not considered impaired, and holders of such claims do not vote on the Plan.  They may, however, object if, in their view, their treatment under the Plan does not comply with that required by the Code.  As such, the Plan Proponent has *not* placed the following claims in any class:

1.      *Administrative Expenses*

Administrative expenses are costs or expenses of administering the Debtor's chapter 11 case which are allowed under § 507(a)(2) of the Code.  Administrative expenses also include the value of any goods sold to the Debtor in the ordinary course of business and received within 20 days before the date of the bankruptcy petition.  The Code requires that all administrative expenses be paid on the effective date of the Plan, unless a particular claimant agrees to a different treatment.

The following chart lists the Debtor's estimated administrative expenses, and their proposed treatment under the Plan:

| Type | Estimated Amount Owed | Proposed Treatment |
|---|---|---|
| Expenses Arising in the Ordinary Course of Business After the Petition Date | None | Paid in full on the effective date of the Plan, or according to terms of obligation if later |
| The Value of Goods Received in | None | Paid in full on the effective date of the Plan, or |

| | | |
|---|---|---|
| the Ordinary Course of Business Within 20 Days Before the Petition Date | | according to terms of obligation if later |
| Professional Fees, as approved by the Court. | None – paid in advance. | Paid in full on the effective date of the Plan, or according to separate written agreement, or according to court order if such fees have not been approved by the Court on the effective date of the Plan |
| Clerk's Office Fees | None | Paid in full on the effective date of the Plan |
| Other administrative expenses | None | Paid in full on the effective date of the Plan or according to separate written agreement |
| Office of the U.S. Trustee Fees | None | Paid in full on the effective date of the Plan |
| TOTAL | | |

2.    *Priority Tax Claims*

Priority tax claims are unsecured income, employment, and other taxes described by § 507(a)(8) of the Code. Unless the holder of such a § 507(a)(8) priority tax claim agrees otherwise, it must receive the present value of such claim, in regular installments paid over a period not exceeding 5 years from the order of relief.

The following chart lists the Debtor's estimated § 507(a)(8) priority tax claims and their proposed treatment under the Plan:

| Description (name and type of tax) | Estimated Amount Owed | Date of Assessment | Treatment |
|---|---|---|---|
| Federal Payroll Taxes for 2005, 2006 and 2007 Note: IRS Claim is for $16,616.43, which includes estimated taxes for periods Debtor did not owe payroll taxes. The Debtor is working with the IRS to resolve this issue. | $4,467.33 | 3/10/2008 | Monthly payment = $133.89<br>Interest Rate % = 5%<br>Total Payout Amount = $4,820.04<br><br>Payments commence 30 days after effective date of Plan and continue for 36 months. |

C.    **Classes of Claims and Equity Interests**

The following are the classes set forth in the Plan, and the proposed treatment that they will receive under the Plan:

### 1.    *Classes of Secured Claims*

Allowed Secured Claims are claims secured by property of the Debtor's bankruptcy estate (or that are subject to setoff) to the extent allowed as secured claims under § 506 of the Code.  If the value of the collateral or setoffs securing the creditor's claim is less than the amount of the creditor's allowed claim, the deficiency will be classified as a general unsecured claim.

The following chart lists all classes containing Debtor's secured prepetition claims and their proposed treatment under the Plan:

| Class # | Description | Insider? (Yes or No) | Impairment | Treatment |
|---|---|---|---|---|
| | *Secured claim of:* Name = James C. Mize, as Trustee<br><br>Collateral description = The Debtors building and property.<br><br>Allowed Secured Amount = $3,449,059.17<br><br>Priority of lien = First mortgage | No. | impaired | Monthly Pmt    = $27,000.00<br><br>Interest rate %    = 7.5%<br><br> The Debtor is currently making adequate protection payments to this creditor. This loan will ballon in 5 years from the effective date of this Plan. |

| | | | | | |
|---|---|---|---|---|---|
| | *Secured claim of:* Name = Church Mortgage and Loan Company<br><br>Collateral description = The Debtors building and property.<br><br>Total claim = $350,000.00 | No. | impaired | The Debtor believes this claim is unsecured because the balance owed on the first mortgage exceeds the property's value. | An adversary proceeding will be filed to determine the secured status of this mortgage. |
| | *Secured claim of:* Name = QC Management, Inc<br><br>Collateral description = The Debtors building and property.<br><br>Total claim = $56,586.42 | No. | impaired | The Debtor believes this claim is unsecured because the balance owed on the first mortgage exceeds the property's value. | An adversary proceeding will be filed to determine the secured status of this lien. |

2.    *Classes of Priority Unsecured Claims*

Certain priority claims that are referred to in §§ 507(a)(1), (4), (5), (6), and (7) of the Code are required to be placed in classes.  The Code requires that each holder of such a claim receive cash on the effective date of the Plan equal to the allowed amount of such claim.  However, a class of holders of such claims may vote to accept different treatment.

The Debtor has no claims of this type.

3.    *Class of General Unsecured Claims*

General unsecured claims are not secured by property of the estate and are not entitled to priority under § 507(a) of the Code.

The Plan does not provide ant distribution to unsecured creditors.

4.    *Class of Equity Interest Holders*

Equity interest holders are parties who hold an ownership interest (*i.e.*, equity interest) in the Debtor. In a corporation, entities holding preferred or common stock are equity interest holders. In a partnership, equity interest holders include both general and limited partners. In a limited liability company ("LLC"), the equity interest holders are the members. Finally, with respect to an individual who is a debtor, the Debtor is the equity interest holder.

The Debtor is a non-profit corporation. By law, the Debtor does not have any equity interest holders.

D.    **Means of Implementing the Plan**

1.    *Source of Payments*

Payments and distributions under the Plan will be funded by the following:

Contributions and tithes to the Debtor by its members.

2.    *Post-confirmation Management*

The Post-Confirmation Managers of the Debtor, and their compensation, shall be as follows:

| Name | Affiliations | Insider (yes or no)? | Position | Compensation |
|---|---|---|---|---|
| Pastor John A. Newman | | Yes | Pastor / President | $17,681.07 per month (Inclusive of all benefits) |
| | | | | |
| | | | | |

E.    **Risk Factors**

The proposed Plan has the following risks:

The Debtor is dependent on its members for contributions and tithes. If membership decreases or contributions or tithes decrease, the Debtor may not be able to pay the amounts required by the Plan.

F.    **Executory Contracts and Unexpired Leases**

The Debtor has no executor contracts.

### G.    Tax Consequences of Plan

*Creditors and Equity Interest Holders Concerned with How the Plan May Affect Their Tax Liability Should Consult with Their Own Accountants, Attorneys, And/Or Advisors.*

The following are the anticipated tax consequences of the Plan:  None.


## IV.    CONFIRMATION REQUIREMENTS AND PROCEDURES

To be confirmable, the Plan must meet the requirements listed in §§ 1129(a) or (b) of the Code. These include the requirements that:  the Plan must be proposed in good faith; at least one impaired class of claims must accept the plan, without counting votes of insiders; the Plan must distribute to each creditor and equity interest holder at least as much as the creditor or equity interest holder would receive in a chapter 7 liquidation case, unless the creditor or equity interest holder votes to accept the Plan; and the Plan must be feasible.  These requirements are <u>not</u> the only requirements listed in § 1129, and they are not the only requirements for confirmation.

### A.    Who May Vote or Object

Any party in interest may object to the confirmation of the Plan if the party believes that  the requirements for confirmation are not met.

Many parties in interest, however, are not entitled to vote to accept or reject the Plan.  A creditor or equity interest holder has a right to vote for or against the Plan only if that creditor or equity interest holder has a claim or equity interest that is both (1) allowed or allowed for voting purposes and (2) impaired.

In this case, the Plan Proponent believes that classes 2, 3, 4 and 5 are impaired and that holders of claims in each of these classes are therefore entitled to vote to accept or reject the Plan.  The Plan Proponent believes that no classes are unimpaired.

### 1.    *What Is an Allowed Claim or an Allowed Equity Interest?*

Only a creditor or equity interest holder with an allowed claim or an allowed equity interest has the right to vote on the Plan.  Generally, a claim or equity interest is allowed if either (1) the Debtor has scheduled the claim on the Debtor's schedules, unless the claim has been scheduled as disputed, contingent, or unliquidated, or (2) the creditor has filed a proof of claim or equity interest, unless an objection has been filed to such proof of claim or equity interest.  When a claim or equity interest is not allowed, the creditor or equity interest holder holding the claim or equity interest cannot vote unless the

Court, after notice and hearing, either overrules the objection or allows the claim or equity interest for voting purposes pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure.

**_The deadline for filing a proof of claim in this case was June 3, 2008._**

2.    _What Is an Impaired Claim or Impaired Equity Interest?_

As noted above, the holder of an allowed claim or equity interest has the right to vote only if it is in a class that is _impaired_ under the Plan. As provided in § 1124 of the Code, a class is considered impaired if the Plan alters the legal, equitable, or contractual rights of the members of that class.

3.    _Who is **Not** Entitled to Vote_

The holders of the following five types of claims and equity interests are _not_ entitled to vote:

- holders of claims and equity interests that have been disallowed by an order of the Court;

- holders of other claims or equity interests that are not "allowed claims" or "allowed equity interests" (as discussed above), unless they have been "allowed" for voting purposes.

- holders of claims or equity interests in unimpaired classes;

- holders of claims entitled to priority pursuant to §§ 507(a)(2), (a)(3), and (a)(8) of the Code; and

- holders of claims or equity interests in classes that do not receive or retain any value under the Plan;

- administrative expenses.

**_Even If You Are Not Entitled to Vote on the Plan, You Have a Right to Object to the Confirmation of the Plan and to the Adequacy of the Disclosure Statement._**

4.    _Who Can Vote in More Than One Class_

A creditor whose claim has been allowed in part as a secured claim and in part as an unsecured claim, or who otherwise hold claims in multiple classes, is entitled to accept or reject a Plan in each capacity, and should cast one ballot for each claim.

B.    **Votes Necessary to Confirm the Plan**

If impaired classes exist, the Court cannot confirm the Plan unless (1) at least one impaired class of creditors has accepted the Plan without counting the votes of any insiders within that class, and (2) all impaired classes have voted to accept the Plan, unless the Plan is eligible to be confirmed by "cram down" on non-accepting classes, as discussed later in Section B.2.

1.      *Votes Necessary for a Class to Accept the Plan*

A class of claims accepts the Plan if both of the following occur: (1) the holders of more than one-half (1/2) of the allowed claims in the class, who vote, cast their votes to accept the Plan, and (2) the holders of at least two-thirds (2/3) in dollar amount of the allowed claims in the class, who vote, cast their votes to accept the Plan.

2.      *Treatment of Nonaccepting Classes*

Even if one or more impaired classes reject the Plan, the Court may nonetheless confirm the Plan if the nonaccepting classes are treated in the manner prescribed by § 1129(b) of the Code.  A plan that binds nonaccepting classes is commonly referred to as a "cram down" plan.  The Code allows the Plan to bind nonaccepting classes of claims or equity interests if it meets all the requirements for consensual confirmation except the voting requirements of § 1129(a)(8) of the Code, does not "discriminate unfairly," and is "fair and equitable" toward each impaired class that has not voted to accept the Plan.

***You should consult your own attorney if a "cramdown" confirmation will affect your claim or equity interest, as the variations on this general rule are numerous and complex.***

C.      **Liquidation Analysis**

To confirm the Plan, the Court must find that all creditors and equity interest holders who do not accept the Plan will receive at least as much under the Plan as such claim and equity interest holders would receive in a Chapter 7 liquidation.

D.      **Feasibility**

The Court must find that confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization, of the Debtor or any successor to the Debtor, unless such liquidation or reorganization is proposed in the Plan.

1.      *Ability to Initially Fund Plan*

The Plan Proponent believes that the Debtor will have enough cash on hand on the effective date of the Plan to pay all the claims and expenses that are entitled to be paid on that date.

2.      *Ability to Make Future Plan Payments And Operate Without Further Reorganization*

The Plan Proponent must also show that it will have enough cash over the life of the Plan to make the required Plan payments.

The Plan Proponent's financial projections show that the Debtor will have an aggregate annual average cash flow, after paying operating expenses and post-confirmation taxes, of $____.  The final Plan payment is expected to be paid on ____.

B25B (Official Form 25B) (12/08) – Cont.

*You Should Consult with Your Accountant or other Financial Advisor If You Have Any Questions Pertaining to These Projections.*

V.      **EFFECT OF CONFIRMATION OF PLAN**

A.      **DISCHARGE OF DEBTOR**

Discharge. On the effective date of the Plan, the Debtor shall be discharged from any debt that arose before confirmation of the Plan, subject to the occurrence of the effective date, to the extent specified in § 1141(d)(1)(A) of the Code, except that the Debtor shall not be discharged of any debt (i) imposed by the Plan, (ii) of a kind specified in § 1141(d)(6)(A) if a timely complaint was filed in accordance with Rule 4007(c) of the Federal Rules of Bankruptcy Procedure, or (iii) of a kind specified in § 1141(d)(6)(B). After the effective date of the Plan your claims against the Debtor will be limited to the debts described in clauses (i) through (iii) of the preceding sentence.

B.      **Modification of Plan**

The Plan Proponent may modify the Plan at any time before confirmation of the Plan. However, the Court may require a new disclosure statement and/or revoking on the Plan.

The Plan Proponent may also seek to modify the Plan at any time after confirmation only if (1) the Plan has not been substantially consummated *and* (2) the Court authorizes the proposed modifications after notice and a hearing.

C.      **Final Decree**

Once the estate has been fully administered, as provided in Rule 3022 of the Federal Rules of Bankruptcy Procedure, the Plan Proponent, or such other party as the Court shall designate in the Plan Confirmation Order, shall file a motion with the Court to obtain a final decree to close the case. Alternatively, the Court may enter such a final decree on its own motion.

Rehan N. Khawaja, Esquire
Florida Bar No. 0064025
Bankruptcy Law Offices of Rehan Khawaja
817 North Main Street
Jacksonville, FL 32202
904-358-5-8055
Attorney for Debtor

+

**B25B (Official Form 25B) (12/08) – Cont.**

# EXHIBITS

**B25B (Official Form 25B) (12/08) – Cont.**

# Exhibit A

Copy of Proposed Plan of Reorganization

B25A (Official Form 25A) (12/08)

# United States Bankruptcy Court
## Middle District of Florida
## Jacksonville Division

In re
Mt. Calvary Missionary Baptist
Church of Jacksonville, Inc
       Debtor

Case No. 3:08-bk-00314-JAF

Small Business Case under Chapter 11

## MT. CALVARY MISSIONARY BAPTIST CHURCH OF JACKSONVILLE, INC.'S PLAN OF REORGANIZATION, DATED JUNE 25, 2009

## ARTICLE I
## SUMMARY

This Plan of Reorganization (the "Plan") under chapter 11 of the Bankruptcy Code (the "Code") proposes to pay creditors of Mt. Calvary Missionary Baptist Church of Jacksonville, Inc. (the "Debtor") from future income. This Plan provides for three classes of secured claims; one class of unsecured claims; and no classes of equity security holders. Unsecured creditors holding allowed claims will not receive any distributions. This Plan also provides for the payment of administrative and priority claims. The priority claim of the Internal Revenue Service shall be paid in full, with interest, on or before January 28, 2013, as required by law and as more fully set forth below.

All creditors and equity security holders should refer to Articles III through VI of this Plan for information regarding the precise treatment of their claim. A disclosure statement that provides more detailed information regarding this Plan and the rights of creditors and equity security holders has been circulated with this Plan. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)**

## ARTICLE II
## CLASSIFICATION OF CLAIMS AND INTERESTS

2.01    <u>Class 1</u>.    All allowed claims entitled to priority under § 507 of the Code (except administrative expense claims under § 507(a)(2), and priority tax claims under § 507(a)(8)).

2.02    <u>Class 2</u>.    The claim of <u>James C. Mize, trustee</u> , to the extent allowed as a secured claim under § 506 of the Code.

2.02    <u>Class 3</u>.    The claim of <u>Church Mortgage and Loan Company</u> , to the extent allowed as a secured claim under § 506 of the Code.

**B25A (Official Form 25A) (12/08) - Cont.**                                    2

    2.02    <u>Class 4</u>.      The claim of <u>Q. C. Management, Inc</u> , to the extent allowed as a secured claim under § 506 of the Code.

    2.03    <u>Class 5</u> .      All unsecured claims allowed under § 502 of the Code.

## ARTICLE III
## TREATMENT OF ADMINISTRATIVE EXPENSE CLAIMS,
## U.S. TRUSTEES FEES, AND PRIORITY TAX CLAIMS

    3.01    <u>Unclassified Claims</u>.  Under section §1123(a)(1), administrative expense claims, and priority tax claims are not in classes.

    3.02    <u>Administrative Expense Claims</u>.  Each holder of an administrative expense claim allowed under § 503 of the Code  will be paid in full on the effective date of this Plan (as defined in Article VII), in cash, or upon such other terms as may be agreed upon by the holder of the claim and the Debtor.

    3.03    <u>Priority Tax Claims</u>.  Each holder of a priority tax claim will be paid with 5% interest in 36 equal payments commencing on the 30th day after the effective date of this Plan..

    3.04    <u>United States Trustee Fees</u>.  All fees required to be paid by 28 U.S.C. §1930(a)(6) (U.S. Trustee Fees) will accrue and be timely paid until the case is closed, dismissed, or converted to another chapter of the Code.  Any U.S. Trustee Fees owed on or before the effective date of this Plan will be paid on the effective date.

## ARTICLE IV
## TREATMENT OF CLAIMS AND INTERESTS UNDER THE PLAN

    4.01    Claims and interests shall be treated as follows under this Plan:

| Class | Impairment | Treatment |
|-------|-----------|-----------|
| Class 1 - Priority Claims | N/A | There are no priority claims, except administrative expense claims under § 507(a)(2), and priority tax claims under § 507(a)(8), which are dealt with in paragraphs 3.02 and 3.03. |
| Class 2 – Secured Claim of James C. Mize, trustee | impaired | The balance owed shall be paid at the rate of $27,000.00 per month, as more fully set forth in Article VII of this Plan. |
| Class 3 – Secured Claim of Church Mortgage | impaired | The Debtor believes the value of the Debtor's real property is less than the amount due on the first mortgage owed to James C. Mize, trustee. The Debtor has filed or will file an adversary proceeding to determine that the claim of Church Mortgage and Loan Corporation is unsecured and to strip its lien. |
| Class 4 – Secured Claim of QC Management, Inc | impaired | The Debtor believes the value of the Debtor's real property is less than the amount due on the first mortgage owed to James C. Mize, trustee. The Debtor has filed or will file an adversary proceeding to determine that the claim of QC Management, Inc is unsecured and to strip its lien. |
| Class 5 - General Unsecured Creditors | impaired | Unsecured creditors will receive no distribution under this Plan. |
| Class 6 - Equity Security Holders of the Debtor | N/A | The Debtor is a Church and has no equity security holders. |

### ARTICLE V
### ALLOWANCE AND DISALLOWANCE OF CLAIMS

5.01    Disputed Claim.  A disputed claim is a claim that has not been allowed or disallowed [by a final non-appealable order], and as to which either: (i) a proof of claim has been filed or deemed filed, and the Debtor or another party in interest has filed an objection; or (ii) no proof of claim has been filed, and the Debtor has scheduled such claim as disputed, contingent, or unliquidated.

B25A (Official Form 25A) (12/08) - Cont.                                          4

    5.02   <u>Delay of Distribution on a Disputed Claim</u>.  No distribution will be made on account of a disputed claim unless such claim is allowed [by a final non-appealable order].

    5.03   <u>Settlement of Disputed Claims</u>.  The Debtor will have the power and authority to settle and compromise a disputed claim with court approval and compliance with Rule 9019 of the Federal Rules of Bankruptcy Procedure.

**ARTICLE VI**
**PROVISIONS FOR EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

    6.01   <u>Assumed Executory Contracts and Unexpired Leases</u>.

        (a)    The Debtor has no executory contracts.

**ARTICLE VII**
**MEANS FOR IMPLEMENTATION OF THE PLAN**

      The Debtor is a church which derives its income from contributions and tithes from its members. All monies to fund this Plan will be paid from this income.

      The Debtor and its first mortgage holder, James C. Mize, trustee have reached an agreement which will modify the first mortgage on the Debtor's church property.  This mortgage secures church bonds and had a balance due of $3,449,059.17 on the date of commencement. The terms of this agreement are as follows.

**Reissued Bonds:** All bondholders shall relinquish the current bonds and receive reissued bonds at a set simple interest rate with a 5 year balloon.  The face amount of reissued bonds will be derived by calculating existing bond value on December 20, 2008.  Bondholders will then be paid a pro rata share of the receipts minus expenses every 6 months.

**Trust Company Fees:** Annual fees for a trust company and trustee annual fees will be deducted on a monthly basis from any payment made by church.

**Pastor's Salary:** Pastor Newman will receive his salary each month only after the mortgage payment is made.  Any portion of the Pastor's salary that is not paid by the last day of the month will be forfeited and not be carried forward as an amount due as any portion of salary paid the following month will impede the church's ability to make the following month's mortgage payment.

**Taxes:** The Church is required to submit to the trustee on a quarterly basis a certification that property insurance is being maintained and payments are current, that all 941 taxes which are

B25A (Official Form 25A) (12/08) - Cont.                                    5

due have been paid and no liens have attached to the property to the trustee on a quarterly basis. Failure to submit certification to trustee or failure to comply with requirements will be considered a default under the confirmation plan.

**Default:** Church will have 10 days after notice of default to cure any default.  If default is not cured within 10 days, trustee can immediately get a judgment of foreclosure.

**Interest and Payments:** Bonds will be set at a simple interest rate of 7.5%. The Church will pay $27,000 per month which from which a trust company fee of $1,235 will be deducted and the remaining $25,765 will be first applied to interest and then to principal.  The Church will pay a 5% late fee on any payments not received on or before due date which late fee will attach without notice.

## ARTICLE VIII
## GENERAL PROVISIONS

8.01   Definitions and Rules of Construction.  The definitions and rules of construction set forth in §§ 101 and 102 of the Code shall apply when terms defined or construed in the Code are used in this Plan.

8.02   Effective Date of Plan. The effective date of this Plan is the eleventh business day following the date of the entry of the order of confirmation.  But if a stay of the confirmation order is in effect on that date, the effective date will be the first business day after that date on which no stay of the confirmation order is in effect, provided that the confirmation order has not been vacated.

8.03   Severability.   If any provision in this Plan is determined to be unenforceable, the determination will in no way limit or affect the enforceability and operative effect of any other provision of this Plan.

8.04   Binding Effect.   The rights and obligations of any entity named or referred to in this Plan will be binding upon, and will inure to the benefit of the successors or assigns of such entity.

8.05   Captions.  The headings contained in this Plan are for convenience of reference only and do not affect the meaning or interpretation of this Plan.

8.06   Controlling Effect.  Unless a rule of law or procedure is supplied by federal law (including the Code or the Federal Rules of Bankruptcy Procedure), the laws of the State of Florida govern this Plan and any agreements, documents, and instruments executed in connection with this Plan, except as otherwise provided in this Plan.

**B25A (Official Form 25A) (12/08) - Cont.**                                    6

[8.07  <u>Corporate Governance</u>.  The Debtor is a non-profit corporation and prohibited by law from issuing any securities.  The Debtor's charter does not need to be amended to prohibit the issuance of non voting securities to comply with 11 USC § 1123(a)(6).

# ARTICLE IX
# DISCHARGE

<u>Discharge.</u>  On the confirmation date of this Plan, the debtor will be discharged from any debt that arose before confirmation of this Plan, subject to the occurrence of the effective date, to the extent specified in § 1141(d)(1)(A) of the Code, except that the Debtor will not be discharged of any debt: (i) imposed by this Plan; (ii) of a kind specified in § 1141(d)(6)(A) if a timely complaint was filed in accordance with Rule 4007(c) of the Federal Rules of Bankruptcy Procedure; or (iii) of a kind specified in § 1141(d)(6)(B).

Respectfully submitted,

By: _____
Rehan N. Khawaja, Esquire
Florida Bar No. 0064025
Bankruptcy Law Offices of Rehan Khawaja
817 North Main Street
Jacksonville, FL 32202
904-358-5055
Attorney for Debtor

**B25B (Official Form 25B) (12/08) – Cont.**

## Exhibit B

Identity and Value of Material Assets of Debtor

| Material Assets | Values as of the Date of Petition |
| --- | --- |
| Real Property located at 4751 Walgreen Road Jacksonville, Florida | $1,537,759.00 |
| Bank Accounts | $    13,082.43 |
| Life insurance policy on Pastor's life | $    24,0000.00 |
| Church and Office furniture, computers, etc. | $    260,000.00 |

B25B (Official Form 25B) (12/08) – Cont.

## Exhibit C

Prepetition Financial Statements


No prepetition financial statement is currently available

**B25B (Official Form 25B) (12/08) – Cont.**

# Exhibit D

Most Recently Filed Postpetition Financial Statement

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER:    **08-00314-JAF** |
| | } | |
| **MT CALVARY MISSIONARY** | } | |
| **BAPTIST CHURCH OF** | } | |
| **JACKSONVILLE, INC.** | } | JUDGE:  **Jerry A. Funk** |
| | } | |
| DEBTOR. | } | CHAPTER 11 |

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD

FROM **April 1st, 2009** TO **April 30, 2009**

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

_____
Attorney for Debtor's Signature

**Debtor's Address and Phone Number:**
4751 Walgreen Road
Jacksonville, FL 32209

**Attorney's Address and Phone Number:**
Rehan N. Khawaja
817 North Main Street
Jacksonville, FL 32202
(904) 355-8055

MOR-1

**Filed Electronically** #83 JW
6/12/09

SCHEDULE OF REIPTS AND DISBURSEMENT
FOR THE PERIOD BEGINNING April 1, 2009 AND ENDING April 30, 2009

Name of Debtor: **Mt. Calvary Missionary Baptist Church**          Case Number: **08-00314-JAF**

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1  FUNDS AT BEGINNING OF PERIOD:** | $ <2,693.18> | $  11,094.41 |
| **2  RECEIPTS:** | | |
| A.  Cash Sales N/a | | |
| B.  Accounts Receivable N/A | | |
| C.  Other Receipts (*See MOR 3*) | $  55,481.94 | $  926,897.63 |
| **3.  TOTAL RECEIPTS (Lines 2A+2B+2C)** | **$  55,481.94** | **$  937,992.63** |
| **4.  TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3)** | **$  52,788.76** | **$  937,992.00** |
| **5.  DISBURSEMENTS** | | |
| A.  Advertising | | |
| B.  Bank Charges | $     614.85 | $    5,383.80 |
| C.  Contract Labor | $  10,916.11 | $ 214,633.76 |
| D.  Fixed Asset Payments (not incl. In "N") | $   1,700.00 | $    1,700.00 |
| E.  Insurance | $   4,136.92 | $   65,722.07 |
| F.  Inventory Payments | | |
| G.  Leases | | |
| H.  Manufacturing Supplies | | |
| I.  Office Supplies | $     283.66 | $   17,737.84 |
| J.  Payroll- Net (See Attachment 4B) | | |
| K.  Professional Fees (Accounting and Legal) | $      0.00 | $    2,152.99 |
| L.  Rent | | |
| M.  Repairs & Maintenance | $      0.00 | $   88,175.89 |
| N.  Secured Creditor Payments (See Attach. 2) | $  27,686.88 | $ 387,616.12 |
| O.  Taxes Paid – Payroll (See Attachment 4C) | | |
| P.  Taxes Paid – Sales & Use (See Attachment 4C) | | |
| Q.  Taxes Paid -- Other (See Attachment 4C) | | |
| R.  Telephone | $     511.65 | $   11,184.65 |
| S.  Travel & Entertainment | | |
| T.  U.S. Trustee Quarterly Fees | $      0.00 | $    7,495.59 |
| U.  Utilities | $   4,579.42 | $   47,450.12 |
| V.  Vehicle Expenses | | |
| W.  Other Operating Expenses (See MOR –3) | $   3,978.94 | $   90,358.88 |
| **6.  TOTAL DISBURSEMENTS (Sum 5A thru W)** | **$  54,408.43** | **$ 939,611.71** |
| **7  ENDING BALANCE (Line 4 Minus Line 6)** | **$ <1,619.67>** | **$ < 1,619.67>** |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This __21st__ day of __May. 2009__

_____
**(Signature)**

**MOR-2**

# MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

## Detail of Other Receipts and Other Disbursements

FOR THE PERIOD BEGINNING April 1, 2009 AND ENDING April 30, 2009

Name of Debtor: **Mt. Calvary Missionary Baptist Church**          Case Number: **08-00314-JAF**

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Contributions | $ 55,481.92 | $926,673.90 |
| Interest Dip Funds | $       .02 | $      223.73 |
|  |  |  |
| **TOTAL** | $ 55,481.94 | $926,897.63 |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| N/A |  |  |  |
|  |  |  |  |
|  |  |  |  |

## OTHER DISBURSEMENTS

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Church Conference/Workshops | $ 3,328.40 | $15,569.16 |
| Pastor Package (Wage, House, Utilities, Phone, and Ins.) | $   350.54 | $66,163.20 |
| Dues & Subscriptions | $     0.00 | $ 1,632.11 |
| Gifts | $   300.00 | $ 2,100.00 |
| Guest Entertainment | $     0.00 | $   991.41 |
| Banquet/Fellowship | $     0.00 | $ 3,903.00 |
| **TOTAL OTHER DISBURSEMENTS** | **$3,978.94** | **$90,358.88** |

## ATTACHMENT 1

## MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor: Mt. Calvary Missionary Baptist Church          Case Number: 08-00314-JAF
Reporting Period beginning April 1, 2009                        Period ending April 30, 2009

ACCOUNTS RECEIVABLE AT PETITION DATE:          **N/A**

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include <u>all</u> accounts receivable, pre-petition and post-petition, including charge card sales which have
not been received):

| | | |
|---|---|---|
| Beginning on Month Balance | 0 | 00 |
| PLUS: Current Month New Billings | | |
| MINUS: Collection During the Month | | |
| PLUS/MINUS: Adjustments or Writeoffs | | |
| End of Month Balance | 0 | 00 |
| | | |

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|
| | | | | |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| | | |

MOR-4

**ATTACHMENT 2**

## MONTHLY ACCOUNTS PAYABLE SECURED PAYMENTS REPORT

Name of Debtor:  Mt Calvary Missionary Baptist Church          Case Number:  08-00314-JAF
Reporting Period beginning **April 1, 2009**          Period ending **April 30, 2009**

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>.  <u>Do not</u> include Amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information below is included.

**N/A**

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
| **TOTAL** |  |  |  |  |

**X Check here if pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.**

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | N/A | |
|---|---|---|
| **Opening Balance** | | |
| **PLUS: New indebtedness incurred this month** | | |
| **MINUS: Amount paid on Post Petition Account Payable This Month** | | |
| **PLUS/MINUS: Adjustments** | | |
| **Ending Month Balance** | | |

*For any adjustments provide explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).  If you have entered into a modification agreement with secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section.

| Secured Creditor/Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payment Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| Church Mortgage | | | | |
| James C Mize, Jr. | 04/13/2009 | $27,686.88 | 1 | $27,686.88 |
|  |  |  |  |  |
| **TOTAL** |  |  |  |  |

**ATTACHMENT 3**

## INVENTORY AND FIXED ASSETS REPORT

Name of Debtor:  Mt Calvary Missionary Baptist Church          Case Number:  08-00314-JAF
Reporting Period beginning **April 1, 2009**                  Period ending **April 30, 2009**

### INVENTORY REPORT

| | | |
|---|---|---|
| INVENTORY BALANCE AT PETITION DATE | | |
| INVENTORY RECONCILIATION: | | |
| Inventory Balance at Beginning of Month | | |
| PLUS: New Inventory Purchased This Month | | |
| MINUS: Inventory Used of Sold | | |
| PLUS/MINUS: Adjustments or Write-downs | | |
| Ending Month Balance | | |

METHOD OF COSTING INVENTORY:

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| % | % | % | % | |

*Aging Percentages must equal 100%.
☐ Check her if inventory contains perishable items.

**Description of Obsolete Inventory:**

### FIXED ASSET REPORT

BRIEF DESCRIPTION (First Report Only):

| | | |
|---|---|---|
| FIXED ASSET FAIR MARKET VALUE AT PETITION DATE | $6,700,000.00 | |
| FIXED ASSET RECONCILIATION: | | |
| Fixed Asset Value at Beginning of Month | $6,700,000.00 | |
| MINUS: Depreciation Expense | | |
| PLUS: New Purchase | $    1,700.00 | |
| PLUS/MINUS: Sale of Assets in Jacksonville | | |
| Ending Month Balance | $6,701,700.00 | |

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD:

ATTACHMENT 4A

## MONTHLY SUMMARY OF BANK ACTIVITY-OPERATING ACCOUNT

Name of Debtor: Mt Calvary Missionary Baptist Church          Case Number: 08-00314-JAF
Reporting Period beginning **April 1, 2009**          Period ending **April 30, 2009**

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usjoj.gov/ust/r21/index.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:  Bank of America          BRANCH: Jacksonville
ACCOUNT NAME: Mt. Calvary Missionary Baptist Church          ACCOUNT NUMBER: 898011839197

PURPOSE OF ACCOUNT:          OPERATING

| | |
|---|---|
| Ending Balance per Bank Statement | $  5,783.50 |
| Plus Total Amount of Outstanding Deposits | |
| Minus Total Amount of Outstanding Checks and other debits | $  8,079.93* |
| Minus Service Charges | |
| Ending Balance per Check Register | $ <2,296.43> |

## TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

| Date | Amount | Payee | Purpose |
|---|---|---|---|
| None | | | |

| *Outstanding checks | | | |
|---|---|---|---|
| 04/09/08 | 1164 | $  452.00 | |
| 05/01/08 | 1212 | $  660.00 | |
| 05/13/08 | 1239 | $  600.00 | |
| 09/03/08 | 1407 | $  276.71 | |
| 10/29/08 | 1498 | $  326.75 | |
| 11/13/08 | 1518 | $  300.00 | |
| 11/19/08 | 1534 | $  282.39 | |
| 11/19/08 | 1536 | $  230.00 | |
| 03/26/09 | 1707 | $  250.00 | |
| 04/23/09 | 1752 | $  100.00 | |
| 04/23/09 | 1754 | $  382.58 | |
| 04/28/09 | 1761 | $3,447.95 | |
| 04/28/09 | 1764 | $  388.97 | |
| 04/29/09 | 1767 | $  382.58 | |

$8,079.93

MOR-7

**CHECK REGISTER-OPERATING ACCOUNT**

Name of Debtor:  Mt Calvary Missionary Baptist Church          Case Number:  08-00314-JAF
Reporting Period beginning **April 1, 2009**          Period ending **April 30, 2009**

NAME OF BANK:   Bank of America          BRANCH:  Jacksonville

ACCOUNT NAME:  Mt. Calvary Missionary Baptist Church

ACCOUNT NUMBER:  898011839197

PURPOSE OF ACCOUNT:  OPERATING

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|-------------|-------|---------|--------|
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             | **SEE ATTACHED** | |    |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |

MOR-8




Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 14
Statement Period
04/01/09 through 04/30/09
E0  P PE  0E 65
Enclosures 9
Account Number  8980 1183 9197

00378

IdIdIdIdIdIIIdIdIdIdIIdIdIdIdIIdIdII
00004173 03 AT   0.596 32    01904 001 SCM999 I  3
MOUNT CALVARY MISSIONARY BAPTIST CHURCH
      " DIP "
4751 WALGREEN RD
JACKSONVILLE FL 32209-4497

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
**With Online Banking you can also view up to 18 months of this statement online.**
Enroll at www.bankofamerica.com/smallbusiness.

## Customer Service Information
## www.bankofamerica.com

For additional information or service, you may call:
1.888.BUSINESS (1.888.287.4637)

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

---

## IMPORTANT INFORMATION ABOUT YOUR ACCOUNT

Effective on June 5, 2009, the following changes apply to your Business Advantage Checking account:
The Overdraft Item Fee for each overdraft item and the NSF: Returned Item Fee for each declined or
returned item are both changing to $39. Domestic deposited items returned or cashed items returned
are $6 each. Deposited items recleared are $7 per item. Change order fee is $2 per change order. Check
copy fee is $3 per copy, with 2 free per month with check safekeeping service. Copies of deposit slips
and other credit items are $3 per copy. These changes amend your Business Schedule of Fees. Please
call Customer Service if you have any questions. We value your business and our associates will be
happy to assist you. If you would like more information, visit bankofamerica.com/pricingchanges.

Recycled Paper

MOUNT CALVARY MISSIONARY BAPTIST CHURCH
" DIP "

Page 2 of 14
Statement Period
04/01/09 through 04/30/09
E0   P PE   0 E 65
Enclosures 9
Account Number  8980  1183 9197

## Deposit Accounts

## Business Advantage Checking

### MOUNT CALVARY MISSIONARY BAPTIST CHURCH  " DIP "

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | 8980 1183 9197 | Statement Beginning Balance | $6,544.84 |
| Statement Period | 04/01/09 through 04/30/09 | Amount of Deposits/Credits | $55,481.92 |
| Number of Deposits/Credits | 13 | Amount of Withdrawals/Debits | $56,243.26 |
| Number of Withdrawals/Debits | 70 | Statement Ending Balance | $5,783.50 |
| Number of Deposited Items | 465 | | |
| | | Average Ledger Balance | $10,826.54 |
| Number of Days in Cycle | 30 | Service Charge | $79.45 |

### Your Business Advantage Pricing Relationship

| Account Name | Account Number | Qualifying Balance ($) | Type of Balance | Date |
|---|---|---|---|---|
| Business Advantage Checking | 8980 1183 9197 | 10,871.90 | Average | 04-29 |
| **Total Qualifying Balance** | | **$10,871.90** | | |

Based on your combined balance of $10,871.90, your Business Advantage account has been charged a monthly maintenance fee. You can avoid this fee in the future by maintaining $35,000 in combined balances.

### Deposits and Credits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 04/01 | 173.52 | Prepaid Legal     Des:Ppl Commsn ID:800000114074529 Indn:MT Calvary Baptist Chu  Co ID:1731016728 Ppd | 902390007914601 |
| 04/02 | 2,420.00 | BankCard     Des:Mtot Dep   ID:427504002400012 Indn:MT Calvary Baptist Chu  Co ID:1470535472 Ccd | 902392002981817 |
| 04/06 | 14,623.27 | Deposit | 813106650503656 |
| 04/08 | 1,617.00 | BankCard     Des:Mtot Dep   ID:427504002400012 Indn:MT Calvary Baptist Chu  Co ID:1470535472 Ccd | 902398005875800 |
| 04/13 | 11,973.83 | Deposit | 813106550295578 |
| 04/15 | 1,235.00 | BankCard     Des:Mtot Dep   ID:427504002400012 Indn:MT Calvary Baptist Chu  Co ID:1470535472 Ccd | 902305001308306 |
| 04/17 | 500.00 | Paypal     Des:Transfer   ID:446J23Nbxkx8S Indn:MT. Calvary Baptist Ch  Co ID:Paypalsd11 Ppd | 902307008166471 |
| 04/20 | 11,275.55 | Deposit | 813105950288602 |
| 04/22 | 601.00 | BankCard     Des:Mtot Dep   ID:427504002400012 Indn:MT Calvary Baptist Chu  Co ID:1470535472 Ccd | 902312006782543 |
| 04/27 | 8,963.72 | Deposit | 813106650268344 |
| 04/27 | 1,669.03 | Deposit | 813106650268455 |
| 04/27 | 325.00 | BankCard     Des:Mtot Dep   ID:427504002400012 Indn:MT Calvary Baptist Chu  Co ID:1470535472 Ccd | 902317003934099 |
| 04/29 | 105.00 | BankCard     Des:Mtot Dep   ID:427504002400012 Indn:MT Calvary Baptist Chu  Co ID:1470535472 Ccd | 902319001673055 |



**Bank of America**

MOUNT CALVARY MISSIONARY BAPTIST CHURCH
" DIP "

Page 3 of 14
Statement Period
04/01/09 through 04/30/09
EO  P PE  0E 65
Enclosures 9
Account Number  8980 1183 9197

0037847

H

## Withdrawals and Debits
### Checks

| Check Number | Amount ($) | Date Posted | Bank Reference | Check Number | Amount ($) | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 1705 | 112.50 | 04/07 | 813107192153690 | 1738 | 1,700.00 | 04/23 | 813106650931495 |
| 1709* | 422.75 | 04/01 | 813107592468305 | 1739 | 3,661.65 | 04/23 | 813107392510720 |
| 1711* | 850.00 | 04/01 | 813107592566176 | 1740 | 550.00 | 04/24 | 813105892204967 |
| 1712 | 125.00 | 04/03 | 813106492840548 | 1742* | 431.75 | 04/21 | 813106692205620 |
| 1713 | 225.00 | 04/07 | 813106892383003 | 1743 | 478.92 | 04/21 | 813106892383003 |
| 1715* | 150.00 | 04/01 | 813106650913735 | 1744 | 617.45 | 04/21 | 813108492027171 |
| 1716 | 3,447.95 | 04/06 | 813100500571572 | 1745 | 461.75 | 04/21 | 813106750343292 |
| 1717 | 180.00 | 04/06 | 813109092359425 | 1746 | 138.52 | 04/24 | 813105892208000 |
| 1718 | 820.71 | 04/06 | 813106792365694 | 1747 | 100.00 | 04/23 | 813107392365752 |
| 1719 | 215.00 | 04/02 | 813108592485943 | 1748* | 200.00 | 04/28 | 813106292836911 |
| 1720 | 463.92 | 04/06 | 813106892700628 | 1750* | 86.34 | 04/28 | 813109692656686 |
| 1721 | 422.75 | 04/08 | 813107492372984 | 1753* | 81.32 | 04/28 | 813106650268454 |
| 1722 | 609.45 | 04/07 | 813109492638868 | 1755* | 431.75 | 04/28 | 813106392296295 |
| 1728* | 382.40 | 04/13 | 813106892173353 | 1756* | 478.93 | 04/28 | 813106292100143 |
| 1729 | 138.52 | 04/10 | 813103592872489 | 1757* | 617.45 | 04/30 | 813108392663072 |
| 1730 | 250.00 | 04/10 | 813106550201252 | 1758 | 461.75 | 04/30 | 813106550144804 |
| 1731 | 27,686.88 | 04/17 | 813207550789788 | 1759 | 138.53 | 04/29 | 813106892562620 |
| 1732 | 382.58 | 04/22 | 813107192637515 | 1760 | 261.65 | 04/29 | 813106992650024 |
| 1733 | 138.52 | 04/15 | 813107492304969 | 1762* | 740.91 | 04/30 | 813106892384765 |
| 1734 | 200.00 | 04/14 | 813106750581153 | 1765* | 388.97 | 04/30 | 813108392663073 |
| 1735 | 478.92 | 04/14 | 813107192064924 | 1766 | 3,000.00 | 04/27 | 813106650290841 |
| 1736 | 431.75 | 04/15 | 813107292036793 | 1769* | 478.92 | 04/30 | 813107092330161 |
| 1737 | 477.45 | 04/14 | 813108992296918 | | | | |

Gap in sequential check numbers.

### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 4/02 | 95.00 | Return Item Chargeback | 941104023833360 |
| 4/02 | 53.72 | BankCard    Des:Discount  ID:427504002400012<br>Indn:MT Calvary Baptist Chu  Co ID:1470535472 Ccd | 902392002981819 |
| 4/02 | 5.00 | Returned Item Chargeback Fee | 941104023833360 |
| 4/03 | 68.52 | BankCard    Des:Mtot Disc  ID:427504002400012<br>Indn:MT Calvary Baptist Chu  Co ID:1470535472 Ccd | 902392004278537 |
| 4/08 | 35.90 | BankCard    Des:Discount  ID:427504002400012<br>Indn:MT Calvary Baptist Chu  Co ID:1470535472 Ccd | 902398005875802 |
| 4/08 | 6.95 | Meramak BankCard Des:Elec Draft ID:xxxxx4755Zauqk4<br>Indn:MT Calvary Missionary  Co ID:1752913428 Ppd | 902397005722698 |
| 4/10 | 300.00 | Ins. Prem.    Des:Ntw Life1  ID:990530460000125<br>Indn:Mount Baptist Church  Co ID:6314156830 Ppd | 902399009665242 |
| 4/13 | 168.00 | Return Item Chargeback | 941104133876940 |
| 4/13 | 5.00 | Returned Item Chargeback Fee | 941104133876940 |
| 4/15 | 27.42 | BankCard    Des:Discount  ID:427504002400012<br>Indn:MT Calvary Baptist Chu  Co ID:1470535472 Ccd | 902305001308308 |
| 4/20 | 35.00 | Overdraft Item Fee For Activity Of 04-17<br>Check #0000001731 | 953904170007348 |
| 4/20 | 32.90 | Twx*aol Service  Des: 0409    ID:2927707<br>Indn:Patricia *thomas  Co ID:0000067819 Ppd | 902310001089018 |
| 4/21 | 350.54 | Nblh Life    Des:Ins Prem  ID:L03142468001001<br>Indn:Mount Calvary Missiona  Co ID:9000190019 Ppd | 902310003012144 |
| 4/22 | 13.34 | BankCard    Des:Discount  ID:427504002400012<br>Indn:MT Calvary Baptist Chu  Co ID:1470535472 Ccd | 902312006782545 |

Recycled Paper

MOUNT CALVARY MISSIONARY BAPTIST CHURCH
" DIP "

Page 4 of 14
Statement Period
04/01/09 through 04/30/09
E0  P PE   0E 65
Enclosures 9
Account Number  8980  1183 9197

## Withdrawals and Debits - Continued
### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 04/27 | 7.22 | BankCard      Des:Discount   ID:427504002400012 Indn:MT Calvary Baptist Chu  Co ID:1470535472 Ccd | 902317003934101 |
| 04/29 | 2.33 | BankCard      Des:Discount   ID:427504002400012 Indn:MT Calvary Baptist Chu  Co ID:1470535472 Ccd | 902319001673057 |
| 04/30 | 49.50 | Excess Transaction Fee | |
| 04/30 | 29.95 | Monthly Maintenance Fee | |
| **Card Account # 4635 7600 1123 7181:** | | | |
| 04/10 | 250.00 | CheckCard   0409 Sprint *sprntnextelfdt | 929904090365169 |
| 04/10 | 100.00 | CheckCard   0409 Light Bulb Depot 5, Llc | 929904091848923 |
| **Subtotal** | **350.00** | | |
| **Card Account # 4635 7600 1127 4432:** | | | |
| 04/06 | 16.00 | CheckCard   0404 Lifeway Christian Store | 929904042956727 |
| 04/20 | 164.20 | CheckCard   0416 Delta Air   00623087575 | 929904160702175 |
| 04/20 | 164.20 | CheckCard   0416 Delta Air   00623087575 | 929904160697601 |
| **Subtotal** | **344.40** | | |
| **Card Account # 4635 7600 1127 5686:** | | | |
| 04/20 | 73.96 | CheckCard   0419 Godaddy.Com | 929904192011903 |
| 04/29 | 70.00 | CheckCard   0428 FL Corp File -Internet | 929904282274444 |
| **Subtotal** | **143.96** | | |

## Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 04/01 | 5,295.61 | 04/13 | 27,432.42 | 04/23 | 2,934.79 |
| 04/02 | 7,346.89 | 04/14 | 26,276.05 | 04/24 | 2,246.27 |
| 04/03 | 7,153.37 | 04/15 | 26,913.36 | 04/27 | 10,115.48 |
| 04/06 | 16,848.06 | 04/17 | 273.52 - | 04/28 | 8,918.46 |
| 04/07 | 15,901.11 | 04/20 | 10,531.77 | 04/29 | 8,071.69 |
| 04/08 | 17,052.51 | 04/21 | 8,191.36 | 04/30 | 5,783.50 |
| 04/10 | 16,013.99 | 04/22 | 8,396.44 | | |

00378

# How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here ........................................................................ $ _____

2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ........... $ _____

3. Add any credits not previously recorded that are listed on this statement (for example interest) ...................... $ _____

4. This is your NEW ACCOUNT REGISTER BALANCE

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here .................................................................................. $ _____

2. Add any deposits not shown on this statement ........................................................................... $ _____

_____

_____

**SUBTOTAL** ........................................ $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ......... $ _____

5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
   This Balance should match your new Account Register Balance ...................................... $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

## IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers:** In case of errors or questions about your electronic transfers
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calender days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.



Bank of America, N.A. Member FDIC and   Equal Housing Lender

♻ Recycled Paper

## Check Image

Account Number: 8980 1183 9197

 

Ref. No.: 813107192153690   Amount: 112.50

 

Ref. No.: 813107592468305   Amount: 422.75

 

Ref. No.: 813107592566176   Amount: 850.00

 

Ref. No.: 813106492840548   Amount: 125.00

 

Ref. No.: 813107192153691   Amount: 225.00

**Check Image Continues on Next Page**

**Bank of America**

## Check Image - Continued

**Account Number: 8980 1183 9197**



Ref. No.: 813106650913735    Amount: 150.00





Ref. No.: 813100500571572    Amount: 3,447.95





Ref. No.: 813109092359425    Amount: 180.00





Ref. No.: 813106792158604    Amount: 820.71





Ref. No.: 813108592485943    Amount: 215.00

### Check Image Continues on Next Page

Recycled Paper

## Check Image  - Continued

Account Number: 8980 1183 9197




Ref. No.: 813106892700628    Amount: 463.92



Ref. No.: 813107492372984    Amount: 422.75




Ref. No.: 813109492638868    Amount: 609.45




Ref. No.: 813106892173353    Amount: 382.40




Ref. No.: 813103592872489    Amount: 138.52

### Check Image Continues on Next Page

## Check Image - Continued

**Account Number: 8980 1183 9197**



Ref. No.: 813106550201252   Amount: 250.00

 

Ref. No.: 813207550789788   Amount: 27,686.88

 

Ref. No.: 813107192637515   Amount: 382.58

 

Ref. No.: 813107492304969   Amount: 138.52



Ref. No.: 813106750581153   Amount: 200.00

**Check Image Continues on Next Page**

Recycled Paper

## Check Image - Continued

Account Number: 8980 1183 9197

 

Ref. No.: 813107192064924   Amount: 478.92

 

Ref. No.: 813107292036793   Amount: 431.75

 

Ref. No.: 813108992296918   Amount: 477.45

 

Ref. No.: 813106650931495   Amount: 1,700.00

 

Ref. No.: 813107392510720   Amount: 3,661.65

**Check Image Continues on Next Page**

003785

## Check Image - Continued

**Account Number: 8980 1183 9197**




Ref. No.: 813105892204967    Amount: 550.00




Ref. No.: 813106692205620    Amount: 431.75




Ref. No.: 813106892383003    Amount: 478.92




Ref. No.: 813108492027171    Amount: 617.45




Ref. No.: 813106750343292    Amount: 461.75

**Check Image Continues on Next Page**

Recycled Paper

## Check Image - Continued

Account Number: 8980 1183 9197



Ref. No.: 813105892208000   Amount: 138.52



Ref. No.: 813107392365752   Amount: 100.00



Ref. No.: 813106292836911   Amount: 200.00



Ref. No.: 813109692656686   Amount: 86.34



Ref. No.: 813106650268454   Amount: 81.32

**Check Image Continues on Next Page**

00378

## Check Image - Continued

**Account Number: 8980 1183 9197**

 

Ref. No.: 813106392296295    Amount: 431.75

 

Ref. No.: 813106292100143    Amount: 478.93

 

Ref. No.: 813108392663072    Amount: 617.45

 

Ref. No.: 813106550144804    Amount: 461.75

 

Ref. No.: 813106892562620    Amount: 138.53

**Check Image Continues on Next Page**

## Check Image  - Continued

Account Number: 8980 1183 9197



Ref. No.: 813106992650024    Amount: 261.65



Ref. No.: 813106892584765    Amount: 740.91



Ref. No.: 813108392663073    Amount: 388.97



Ref. No.: 813106650290841    Amount: 3,000.00



Ref. No.: 813107092330161    Amount: 478.92

END OF CHECK IMAGE

. Checking
5/20/2009

## Reconciliation Summary

BANK STATEMENT -- CLEARED TRANSACTIONS:

| | | | |
|---|---|---|---:|
| Previous Balance: | | | 6,544.84 |
| Checks and Payments | 70 | Items | -56,243.26 |
| Deposits and Other Credits | 15 | Items | 55,481.92 |
| Service Charge | 0 | Items | 0.00 |
| Interest Earned | 0 | Items | 0.00 |
| Ending Balance of Bank Statement: | | | 5,783.50 |

YOUR RECORDS -- UNCLEARED TRANSACTIONS:

| | | | |
|---|---|---|---:|
| Cleared Balance: | | | 5,783.50 |
| Checks and Payments | 14 | Items | -8,079.93 |
| Deposits and Other Credits | 0 | Items | 0.00 |
| Register Balance as of 4/30/2009: | | | -2,296.43 |
| Checks and Payments | 0 | Items | 0.00 |
| Deposits and Other Credits | 0 | Items | 0.00 |
| Register Ending Balance: | | | -2,296.43 |

Checking
5/20/2009

## Cleared Transaction Detail

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|

**Cleared Checks and Payments**

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|
| 3/26/2009 | 1705 | DARREN FLORNEY | MUSICIAN | Contract Labor | R | -112.50 |
| 3/31/2009 | 1709 | SANDRA PHILLIPS | | Contract Labor | R | -422.75 |
| 3/31/2009 | 1711 | Innovative Music | | Contract Labor | R | -850.00 |
| 3/31/2009 | 1712 | LEE LIVINGSTON | | Contract Labor | R | -125.00 |
| 3/31/2009 | 1713 | DARREN FLORNEY | MUSICIAN | Contract Labor | R | -225.00 |
| 3/31/2009 | 1715 | JAMAR HENRY | MUSICIAN | Contract Labor | R | -150.00 |
| 3/31/2009 | 1716 | BLUE CROSS BLUE SHIE... | | Insurance | R | -3,447.95 |
| 3/31/2009 | 1717 | US POSTAL SERVICES | | Postage and Delivery | R | -180.00 |
| 3/31/2009 | 1718 | JEA | | Utilities:Gas & Electric | R | -820.71 |
| 3/31/2009 | 1719 | ALEX HILL | MUSICIAN | Contract Labor | R | -215.00 |
| 4/2/2009 | EFT | RETURN ITEM CHARGE... | | Bank Charge | R | -95.00 |
| 4/2/2009 | EFT | Return ITEM CHARGEBA... | | Bank Charge | R | -53.72 |
| 4/2/2009 | EFT | Return ITEM CHARGEBA... | fee | Bank Charge | R | -5.00 |
| 4/3/2009 | EFT | BANK CARD | | Bank Charge | R | -68.52 |
| 4/6/2009 | EFT | CHECK CARD | lifeway christian store | Supplies, Bus | R | -16.00 |
| 4/6/2009 | 1720 | PATRICIA THOMAS | | Contract Labor | R | -463.92 |
| 4/6/2009 | 1721 | SANDRA PHILLIPS | | Contract Labor | R | -422.75 |
| 4/6/2009 | 1722 | Timothy Jackson | | Contract Labor | R | -609.45 |
| 4/7/2009 | 1728 | DARREN FLORNEY | MUSICIAN | Contract Labor | R | -382.40 |
| 4/7/2009 | 1729 | JAMAR HENRY | MUSICIAN | Contract Labor | R | -138.52 |
| 4/7/2009 | 1730 | Osmond Johnson | | Contract Labor | R | -250.00 |
| 4/8/2009 | EFT | BANK CARD | | Bank Charge | R | -35.90 |
| 4/8/2009 | EFT | BANK CARD | | Bank Charge | R | -6.95 |
| 4/10/2009 | EFT | NATIONWIDE MUTUAL I... | premium | Insurance | R | -300.00 |
| 4/10/2009 | EFT | CHECK CARD | sprint | Telephone | R | -250.00 |
| 4/10/2009 | EFT | CHECK CARD | light bulb depot | Supplies, Bus | R | -100.00 |
| 4/13/2009 | EFT | RETURN ITEM CHARGE... | | Bank Charge | R | -168.00 |
| 4/13/2009 | EFT | Return ITEM CHARGEBA... | fee | Bank Charge | R | -5.00 |
| 4/13/2009 | 1731 | Law Office Of James C. Mi... | pmt | MORTGAGE | R | -27,686.88 |
| 4/14/2009 | 1732 | DARREN FLORNEY | MUSICIAN | Contract Labor | R | -382.58 |
| 4/14/2009 | 1733 | JAMAR HENRY | MUSICIAN | Contract Labor | R | -138.52 |
| 4/14/2009 | 1734 | Osmond Johnson | | Contract Labor | R | -200.00 |
| 4/14/2009 | 1735 | PATRICIA THOMAS | | Contract Labor | R | -478.92 |
| 4/14/2009 | 1736 | SANDRA PHILLIPS | | Contract Labor | R | -431.75 |
| 4/14/2009 | 1737 | Timothy Jackson | | Contract Labor | R | -477.45 |
| 4/15/2009 | EFT | BANK CARD | | Bank Charge | R | -27.42 |
| 4/20/2009 | EFT | OVERDRAFT ITEM FEE | ELECTRONIC TRANSA... | Bank Charge | R | -35.00 |
| 4/20/2009 | EFT | AOL SERVICE | | Utilities:Internet | R | -32.90 |
| 4/20/2009 | EFT | CHECK CARD | delta air | Travel, Bus | R | -164.20 |
| 4/20/2009 | EFT | CHECK CARD | delta air | Travel, Bus | R | -164.20 |
| 4/20/2009 | EFT | CHECK CARD | go daddy.com | Utilities:Internet | R | -73.96 |
| 4/20/2009 | 1738 | Milton Edwards | purchase of video screen | Supplies, Bus | R | -1,700.00 |
| 4/20/2009 | 1739 | Jea | | Utilities:Gas & Electric | R | -3,661.65 |
| 4/20/2009 | 1740 | MERCEDES HOLCOMB | RETIREMENT | Contract Labor | R | -550.00 |
| 4/20/2009 | 1742 | SANDRA PHILLIPS | | Contract Labor | R | -431.75 |
| 4/20/2009 | 1743 | PATRICIA THOMAS | | Contract Labor | R | -478.92 |
| 4/20/2009 | 1744 | Timothy Jackson | | Contract Labor | R | -617.45 |
| 4/21/2009 | EFT | NBLH LIFE INSURANCE | | Pastor Package:Pastor... | R | -350.54 |
| 4/21/2009 | 1745 | Osmond Johnson | | Contract Labor | R | -461.75 |
| 4/21/2009 | 1746 | JAMAR HENRY | MUSICIAN | Contract Labor | R | -138.52 |
| 4/21/2009 | 1747 | Perry Jackson, Jr. | | Contract Labor | R | -100.00 |
| 4/21/2009 | 1748 | Absycoinia Baptist Church | love offering | Charity | R | -200.00 |
| 4/21/2009 | 1750 | ZEPHYRHILLS | | Supplies, Bus | R | -86.34 |
| 4/22/2009 | EFT | BANK CARD | | Bank Charge | R | -13.34 |
| 4/23/2009 | 1753 | Osmond Johnson | | Supplies, Bus | R | -81.32 |
| 4/23/2009 | 1755 | SANDRA PHILLIPS | | Contract Labor | R | -431.75 |
| 4/23/2009 | 1756 | PATRICIA THOMAS | | Contract Labor | R | -478.93 |
| 4/23/2009 | 1757 | Timothy Jackson | | Contract Labor | R | -617.45 |
| 4/27/2009 | EFT | BANK CARD | | Bank Charge | R | -7.22 |
| 4/28/2009 | 1758 | Osmond Johnson | | Contract Labor | R | -461.75 |

. Checking
5/20/2009

## Cleared Transaction Detail

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|
| 4/28/2009 | 1759 | JAMAR HENRY | MUSICIAN | Contract Labor | R | -138.53 |
| 4/28/2009 | 1760 | AT&T | | Telephone | R | -261.65 |
| 4/28/2009 | 1762 | Jea | | Utilities:Gas & Electric | R | -740.91 |
| 4/28/2009 | 1765 | Timothy Jackson | | Contract Labor | R | -388.97 |
| 4/28/2009 | 1766 | Robert Simmons | workshop and materials | Supplies, Bus | R | -3,000.00 |
| 4/29/2009 | EFT | BANK CARD | | Bank Charge | R | -2.33 |
| 4/29/2009 | EFT | CHECK CARD | Corp File | Utilities:Internet | R | -70.00 |
| 4/30/2009 | EFT | EXCESS TRANSACTION ... | | Bank Charge | R | -49.50 |
| 4/30/2009 | EFT | MONTHLY MAINTENANC... | | Bank Charge | R | -29.95 |
| 4/30/2009 | 1769 | PATRICIA THOMAS | | Contract Labor | R | -478.92 |

Total Cleared Checks and Payments                    70    Items                    -56,243.26

Cleared Deposits and Other Credits

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|
| 3/31/2009 | 1714 | VOID | | | R | 0.00 |
| 4/1/2009 | DEP | CONTRIBUTIONS | | Other Inc | R | 173.52 |
| 4/2/2009 | DEP | CONTRIBUTIONS | | Other Inc | R | 2,420.00 |
| 4/6/2009 | DEP | CONTRIBUTIONS | | Other Inc | R | 14,623.27 |
| 4/8/2009 | DEP | CONTRIBUTIONS | | Other Inc | R | 1,617.00 |
| 4/13/2009 | DEP | CONTRIBUTIONS | | Other Inc | R | 11,973.83 |
| 4/15/2009 | DEP | CONTRIBUTIONS | | Other Inc | R | 1,235.00 |
| 4/17/2009 | DEP | CONTRIBUTIONS | | Other Inc | R | 500.00 |
| 4/20/2009 | DEP | CONTRIBUTIONS | | Other Inc | R | 11,275.55 |
| 4/22/2009 | DEP | CONTRIBUTIONS | | Other Inc | R | 601.00 |
| 4/27/2009 | DEP | CONTRIBUTIONS | | Other Inc | R | 8,963.72 |
| 4/27/2009 | DEP | CONTRIBUTIONS | | Other Inc | R | 1,669.03 |
| 4/27/2009 | DEP | CONTRIBUTIONS | | Other Inc | R | 325.00 |
| 4/28/2009 | 1763 | Void | | | R | 0.00 |
| 4/29/2009 | DEP | CONTRIBUTIONS | | Other Inc | R | 105.00 |

Total Cleared Deposits and Other Credits                    15    Items                    55,481.92

Total Cleared Transactions                    85    Items                    -761.34

· Checking
5/20/2009

## Uncleared Transaction Detail up to 4/30/2009

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|
| **Uncleared Checks and Payments** | | | | | | |
| 4/9/2008 | 1164 | DURHAM SCHOOL SERV... | BUSINESS SERVICES ... | Contract Labor | | -452.00 |
| 5/1/2008 | 1212 | Mark Griffin | love offering | Contract Labor | | -660.00 |
| 5/13/2008 | 1239 | JONATHAN JOHNSON | | Contract Labor | | -600.00 |
| 9/3/2008 | 1407 | SPRINT | | Telephone | | -276.71 |
| 10/29/2008 | 1498 | AT&T | | Pastor Package:Pastor... | | -326.75 |
| 11/13/2008 | 1518 | AT&T | | Pastor Package:Pastor... | | -300.00 |
| 11/19/2008 | 1534 | SPRINT | | Telephone | | -282.39 |
| 11/19/2008 | 1536 | Hampton Inn | women | Church Conferences | | -230.00 |
| 3/26/2009 | 1707 | ALEX HILL | MUSICIAN | Contract Labor | | -250.00 |
| 4/23/2009 | 1752 | Jerusalem Baptist Church | love offering | Charity | | -100.00 |
| 4/23/2009 | 1754 | DARREN FLORNEY | MUSICIAN | Contract Labor | | -382.58 |
| 4/28/2009 | 1761 | BLUE CROSS BLUE SHIE... | | Insurance | | -3,447.95 |
| 4/28/2009 | 1764 | Zion Insurance Group | Timothy Jackson | Insurance | | -388.97 |
| 4/28/2009 | 1767 | DARREN FLORNEY | MUSICIAN | Contract Labor | | -382.58 |

Total Uncleared Checks and Payments             14     Items                    -8,079.93


**Uncleared Deposits and Other Credits**


Total Uncleared Deposits and Other Credits      0      Items                         0.00


Total Uncleared Transactions                    14     Items                    -8,079.93

Reconciliation Report

Checking
5/20/2009

## Uncleared Transaction Detail after 4/30/2009

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|

**Uncleared Checks and Payments**

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Uncleared Checks and Payments | | | | 0   Items | | 0.00 |

**Uncleared Deposits and Other Credits**

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Uncleared Deposits and Other Credits | | | | 0   Items | | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Uncleared Transactions | | | | 0   Items | | 0.00 |

## ATTACHMENT 5A

## CHECK REGISTER-OPERATING ACCOUNT

Name of Debtor: Mt Calvary Missionary Baptist Church          Case Number: 08-00314-JAF

Reporting Period beginning **April 1, 2009**          Period ending **April 30, 2009**

NAME OF BANK:   Bank of America          BRANCH: Jacksonville

ACCOUNT NAME:  Mt. Calvary Missionary Baptist Church

ACCOUNT NUMBER:  898011839197

PURPOSE OF ACCOUNT:  OPERATING

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **SEE** | **ATTACHED** | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

MOR-8

Checking
5/21/2009

Mt. Calvary - April 2009

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|------|-----|-------------|---------|---|---------|---------|
| 4/1/2009 | DEP | CONTRIBUTIONS<br>cat: Other Inc | | R | 173.52 | -3,208.40 |
| 4/2/2009 | DEP | CONTRIBUTIONS<br>cat: Other Inc | | R | 2,420.00 | -788.40 |
| 4/2/2009 | EFT | RETURN ITEM CHARGEBACK<br>cat: Bank Charge | 95.00 | R | | -883.40 |
| 4/2/2009 | EFT | Return ITEM CHARGEBACK Fee<br>cat: Bank Charge | 53.72 | R | | -937.12 |
| 4/2/2009 | EFT | Return ITEM CHARGEBACK Fee<br>cat: Bank Charge<br>memo: fee | 5.00 | R | | -942.12 |
| 4/3/2009 | EFT | BANK CARD<br>cat: Bank Charge | 68.52 | R | | -1,010.64 |
| 4/6/2009 | DEP | CONTRIBUTIONS<br>cat: Other Inc | | R | 14,623.27 | 13,612.63 |
| 4/6/2009 | EFT | CHECK CARD<br>cat: Supplies, Bus<br>memo: lifeway christian store | 16.00 | R | | 13,596.63 |
| 4/6/2009 | 1720 | PATRICIA THOMAS<br>cat: Contract Labor | 463.92 | R | | 13,132.71 |
| 4/6/2009 | 1721 | SANDRA PHILLIPS<br>cat: Contract Labor | 422.75 | R | | 12,709.96 |
| 4/6/2009 | 1722 | Timothy Jackson<br>cat: Contract Labor | 609.45 | R | | 12,100.51 |
| 4/7/2009 | 1728 | DARREN FLORNEY<br>cat: Contract Labor<br>memo: MUSICIAN | 382.40 | R | | 11,718.11 |
| 4/7/2009 | 1729 | JAMAR HENRY<br>cat: Contract Labor<br>memo: MUSICIAN | 138.52 | R | | 11,579.59 |
| 4/7/2009 | 1730 | Osmond Johnson<br>cat: Contract Labor | 250.00 | R | | 11,329.59 |
| 4/8/2009 | DEP | CONTRIBUTIONS<br>cat: Other Inc | | R | 1,617.00 | 12,946.59 |
| 4/8/2009 | EFT | BANK CARD<br>cat: Bank Charge | 35.90 | R | | 12,910.69 |
| 4/8/2009 | EFT | BANK CARD<br>cat: Bank Charge | 6.95 | R | | 12,903.74 |
| 4/10/2009 | EFT | NATIONWIDE MUTUAL INSURANCE CO...<br>cat: Insurance<br>memo: premium | 300.00 | R | | 12,603.74 |
| 4/10/2009 | EFT | CHECK CARD<br>cat: Telephone<br>memo: sprint | 250.00 | R | | 12,353.74 |
| 4/10/2009 | EFT | CHECK CARD<br>cat: Supplies, Bus<br>memo: light bulb depot | 100.00 | R | | 12,253.74 |
| 4/13/2009 | DEP | CONTRIBUTIONS<br>cat: Other Inc | | R | 11,973.83 | 24,227.57 |
| 4/13/2009 | EFT | RETURN ITEM CHARGEBACK<br>cat: Bank Charge | 168.00 | R | | 24,059.57 |

Checking
5/21/2009

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|------|-----|-------------|---------|---|---------|---------|
| 4/13/2009 | EFT | Return ITEM CHARGEBACK Fee<br>cat:     Bank Charge<br>memo:     fee | 5.00 | R | | 24,054.57 |
| 4/13/2009 | 1731 | Law Office Of James C. Mize, Jr. Pa<br>cat:     MORTGAGE<br>memo:     pmt | 27,686.88 | R | | -3,632.31 |
| 4/14/2009 | 1732 | DARREN FLORNEY<br>cat:     Contract Labor<br>memo:     MUSICIAN | 382.58 | R | | -4,014.89 |
| 4/14/2009 | 1733 | JAMAR HENRY<br>cat:     Contract Labor<br>memo:     MUSICIAN | 138.52 | R | | -4,153.41 |
| 4/14/2009 | 1734 | Osmond Johnson<br>cat:     Contract Labor | 200.00 | C | | -4,353.41 |
| 4/14/2009 | 1735 | PATRICIA THOMAS<br>cat:     Contract Labor | 478.92 | R | | -4,832.33 |
| 4/14/2009 | 1736 | SANDRA PHILLIPS<br>cat:     Contract Labor | 431.75 | R | | -5,264.08 |
| 4/14/2009 | 1737 | Timothy Jackson<br>cat:     Contract Labor | 477.45 | R | | -5,741.53 |
| 4/15/2009 | DEP | CONTRIBUTIONS<br>cat:     Other Inc | | R | 1,235.00 | -4,506.53 |
| 4/15/2009 | EFT | BANK CARD<br>cat:     Bank Charge | 27.42 | C | | -4,533.95 |
| 4/17/2009 | DEP | CONTRIBUTIONS<br>cat:     Other Inc | | R | 500.00 | -4,033.95 |
| 4/20/2009 | DEP | CONTRIBUTIONS<br>cat:     Other Inc | | R | 11,275.55 | 7,241.60 |
| 4/20/2009 | EFT | OVERDRAFT ITEM FEE<br>cat:     Bank Charge<br>memo:     ELECTRONIC TRANSACTION FEE | 35.00 | R | | 7,206.60 |
| 4/20/2009 | EFT | AOL SERVICE<br>cat:     Utilities:Internet | 32.90 | R | | 7,173.70 |
| 4/20/2009 | EFT | CHECK CARD<br>cat:     conferences and workshops<br>memo:     delta air | 164.20 | R | | 7,009.50 |
| 4/20/2009 | EFT | CHECK CARD<br>cat:     conferences and workshops<br>memo:     delta air | 164.20 | R | | 6,845.30 |
| 4/20/2009 | EFT | CHECK CARD<br>cat:     Utilities:Internet<br>memo:     go daddy.com | 73.96 | R | | 6,771.34 |
| 4/20/2009 | 1738 | Milton Edwards<br>cat:     Fixed Assets<br>memo:     purchase of video screen | 1,700.00 | R | | 5,071.34 |
| 4/20/2009 | 1739 | Jea<br>cat:     Utilities:Gas & Electric | 3,661.65 | R | | 1,409.69 |
| 4/20/2009 | 1740 | MERCEDES HOLCOMB<br>cat:     Contract Labor<br>memo:     RETIREMENT | 550.00 | R | | 859.69 |
| 4/20/2009 | 1742 | SANDRA PHILLIPS<br>cat:     Contract Labor | 431.75 | R | | 427.94 |

Checking
5/21/2009

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|------|-----|-------------|---------|---|---------|---------|
| 4/20/2009 | 1743 | PATRICIA THOMAS<br>cat:    Contract Labor | 478.92 | R | | -50.98 |
| 4/20/2009 | 1744 | Timothy Jackson<br>cat:    Contract Labor | 617.45 | R | | -668.43 |
| 4/21/2009 | EFT | NBLH LIFE INSURANCE<br>cat:    Pastor Package:Pastor Life Insurance | 350.54 | R | | -1,018.97 |
| 4/21/2009 | 1745 | Osmond Johnson<br>cat:    Contract Labor | 461.75 | R | | -1,480.72 |
| 4/21/2009 | 1746 | JAMAR HENRY<br>cat:    Contract Labor<br>memo:    MUSICIAN | 138.52 | R | | -1,619.24 |
| 4/21/2009 | 1747 | Perry Jackson, Jr.<br>cat:    Contract Labor | 100.00 | R | | -1,719.24 |
| 4/21/2009 | 1748 | Absycoinia Baptist Church<br>cat:    Gifts<br>memo:    love offering | 200.00 | R | | -1,919.24 |
| 4/21/2009 | 1750 | ZEPHYRHILLS<br>cat:    Supplies, Bus | 86.34 | R | | -2,005.58 |
| 4/22/2009 | DEP | CONTRIBUTIONS<br>cat:    Other Inc | | R | 601.00 | -1,404.58 |
| 4/22/2009 | EFT | BANK CARD<br>cat:    Bank Charge | 13.34 | R | | -1,417.92 |
| 4/23/2009 | 1752 | Jerusalem Baptist Church<br>cat:    Gifts<br>memo:    love offering | 100.00 | | | -1,517.92 |
| 4/23/2009 | 1753 | Osmond Johnson<br>cat:    Supplies, Bus | 81.32 | R | | -1,599.24 |
| 4/23/2009 | 1754 | DARREN FLORNEY<br>cat:    Contract Labor<br>memo:    MUSICIAN | 382.58 | | | -1,981.82 |
| 4/23/2009 | 1755 | SANDRA PHILLIPS<br>cat:    Contract Labor | 431.75 | R | | -2,413.57 |
| 4/23/2009 | 1756 | PATRICIA THOMAS<br>cat:    Contract Labor | 478.93 | R | | -2,892.50 |
| 4/23/2009 | 1757 | Timothy Jackson<br>cat:    Contract Labor | 617.45 | R | | -3,509.95 |
| 4/27/2009 | DEP | CONTRIBUTIONS<br>cat:    Other Inc | | R | 8,963.72 | 5,453.77 |
| 4/27/2009 | DEP | CONTRIBUTIONS<br>cat:    Other Inc | | R | 1,669.03 | 7,122.80 |
| 4/27/2009 | DEP | CONTRIBUTIONS<br>cat:    Other Inc | | R | 325.00 | 7,447.80 |
| 4/27/2009 | EFT | BANK CARD<br>cat:    Bank Charge | 7.22 | R | | 7,440.58 |
| 4/28/2009 | 1758 | Osmond Johnson<br>cat:    Contract Labor | 461.75 | R | | 6,978.83 |
| 4/28/2009 | 1759 | JAMAR HENRY<br>cat:    Contract Labor<br>memo:    MUSICIAN | 138.53 | R | | 6,840.30 |
| 4/28/2009 | 1760 | AT&T<br>cat:    Telephone | 261.65 | R | | 6,578.65 |

Mt. Calvary - April 2009

Checking
5/21/2009

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|------|-----|-------------|---------|---|---------|---------|
| 4/28/2009 | 1761 | BLUE CROSS BLUE SHIELD<br>cat:        Insurance | 3,447.95 | | | 3,130.70 |
| 4/28/2009 | 1762 | Jea<br>cat:        Utilities:Gas & Electric | 740.91 | R | | 2,389.79 |
| 4/28/2009 | 1763 | Void | | R | | 2,389.79 |
| 4/28/2009 | 1764 | Zion Insurance Group<br>cat:        Insurance<br>memo:     Timothy Jackson | 388.97 | | | 2,000.82 |
| 4/28/2009 | 1765 | Timothy Jackson<br>cat:        Contract Labor | 388.97 | R | | 1,611.85 |
| 4/28/2009 | 1766 | Robert Simmons<br>cat:        conferences and workshops<br>memo:     workshop and materials | 3,000.00 | R | | -1,388.15 |
| 4/28/2009 | 1767 | DARREN FLORNEY<br>cat:        Contract Labor<br>memo:     MUSICIAN | 382.58 | | | -1,770.73 |
| 4/29/2009 | DEP | CONTRIBUTIONS<br>cat:        Other Inc | | R | 105.00 | -1,665.73 |
| 4/29/2009 | EFT | BANK CARD<br>cat:        Bank Charge | 2.33 | R | | -1,668.06 |
| 4/29/2009 | EFT | CHECK CARD<br>cat:        Utilities:Internet<br>memo:     Corp File | 70.00 | R | | -1,738.06 |
| 4/30/2009 | EFT | EXCESS TRANSACTION FEE<br>cat:        Bank Charge | 49.50 | R | | -1,787.56 |
| 4/30/2009 | EFT | MONTHLY MAINTENANCE FEE<br>cat:        Bank Charge | 29.95 | R | | -1,817.51 |
| 4/30/2009 | 1769 | PATRICIA THOMAS<br>cat:        Contract Labor | 478.92 | R | | -2,296.43 |

## MONTHLY SUMMARY OF BANK ACTIVITY-ESCROW ACCOUNT

Name of Debtor: Mt Calvary Missionary Baptist Church   Case Number: 08-00314-JAF
Reporting Period beginning **April 1, 2009**    Period ending **April 30, 2009**
**Note: Debtor does not maintain a separate account for payroll**

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: Bank of America     BRANCH: Jacksonville

ACCOUNT NAME: Mt. Calvary Missionary Baptist Church  ACCOUNT NUMBER: 8980 1860 8567
PURPOSE OF ACCOUNT: Escrow Mortgage Funds

| | |
|---|---|
| Ending Balance per Bank Statement | $226.76 |
| Plus Total Amount of Outstanding Deposits | |
| Minus Total Amount of Outstanding Checks and other debits | |
| Minus Service Charges | |
| Ending Balance per Check Register | $226.76 |

**\*Debit cards must not be issued on this account.**
**\*\*If Closing Balance is negative, provide explanation:**
The following disbursements were paid by Cash: (☐ Check her if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |

MOR-9

Page 2 of 3
Statement Period
04/01/09 through 04/30/09
EO   P  PA   0 A 23
Enclosures 0
Account Number  8980  1860 8567

MOUNT CALVARY MISSIONARY BAPTIST CHURCH
" DIP "

## Deposit Accounts

## Business Interest Maximizer

### MOUNT CALVARY MISSIONARY BAPTIST CHURCH " DIP "

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | 8980 1860 8567 | Statement Beginning Balance | $238.74 |
| Statement Period | 04/01/09 through 04/30/09 | Amount of Deposits/Credits | $0.02 |
| Number of Deposits/Credits | 1 | Amount of Withdrawals/Debits | $12.00 |
| Number of Withdrawals/Debits | 1 | Statement Ending Balance | $226.76 |
| Number of Days in Cycle | 30 | Average Collected Balance | $238.74 |
| | | Average Ledger Balance | $238.74 |
| | | Service Charge | $12.00 |

### Interest Information

| | | | |
|---|---|---|---|
| Amount of Interest Paid | $0.02 | Interest Paid Year-to-Date | $0.08 |
| Annual Percentage Yield Earned | | Withholding Year-to-Date | $0.00 |
| This Statement Period | 0.10% | | |

### Deposits and Credits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 04/30 | 0.02 | Interest Earned | |

### Withdrawals and Debits

### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 04/30 | 12.00 | Monthly Maintenance Fee | |

### Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|
| 04/01 | 238.74 | 04/30 | 226.76 |

Reconciliation Report

Savings
5/20/2009

## Reconciliation Summary

BANK STATEMENT -- CLEARED TRANSACTIONS:

| | | | |
|---|---|---|---:|
| Previous Balance: | | | 238.74 |
| Checks and Payments | 1 | Item | -12.00 |
| Deposits and Other Credits | 1 | Item | 0.02 |
| Service Charge | 0 | Items | 0.00 |
| Interest Earned | 0 | Items | 0.00 |
| Ending Balance of Bank Statement: | | | 226.76 |

YOUR RECORDS -- UNCLEARED TRANSACTIONS:

| | | | |
|---|---|---|---:|
| Cleared Balance: | | | 226.76 |
| Checks and Payments | 0 | Items | 0.00 |
| Deposits and Other Credits | 0 | Items | 0.00 |
| Register Balance as of 4/30/2009: | | | 226.76 |
| Checks and Payments | 0 | Items | 0.00 |
| Deposits and Other Credits | 0 | Items | 0.00 |
| Register Ending Balance: | | | 226.76 |

Savings
5/20/2009

## Cleared Transaction Detail

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|
| **Cleared Checks and Payments** | | | | | | |
| 4/30/2009 | EFT | MONTHLY MAINTENANC... | | Bank Charge | R | -12.00 |
| Total Cleared Checks and Payments | | | | 1    Item | | -12.00 |
| | | | | | | |
| **Cleared Deposits and Other Credits** | | | | | | |
| 4/30/2009 | DEP | Interest Collected | | Interest Inc | R | 0.02 |
| Total Cleared Deposits and Other Credits | | | | 1    Item | | 0.02 |
| | | | | | | |
| Total Cleared Transactions | | | | 2    Items | | -11.98 |

Reconciliation Report

Savings
5/20/2009

## Uncleared Transaction Detail up to 4/30/2009

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|
| **Uncleared Checks and Payments** | | | | | | |
| Total Uncleared Checks and Payments | | | | 0    Items | | 0.00 |
| **Uncleared Deposits and Other Credits** | | | | | | |
| Total Uncleared Deposits and Other Credits | | | | 0    Items | | 0.00 |
| Total Uncleared Transactions | | | | 0    Items | | 0.00 |

Savings
5/20/2009

## Uncleared Transaction Detail after 4/30/2009

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|

**Uncleared Checks and Payments**

| | | | | | | |
|------|-----|-------|------|----------|-----|--------|
| Total Uncleared Checks and Payments | | | | 0   Items | | 0.00 |

**Uncleared Deposits and Other Credits**

| | | | | | | |
|------|-----|-------|------|----------|-----|--------|
| Total Uncleared Deposits and Other Credits | | | | 0   Items | | 0.00 |

| | | | | | | |
|------|-----|-------|------|----------|-----|--------|
| Total Uncleared Transactions | | | | 0   Items | | 0.00 |

**CHECK REGISTER ESCROW ACCOUNT**

Name of Debtor:  Mt Calvary Missionary Baptist Church          Case Number:  08-00314-JAF

Reporting Period beginning **April 1, 2009**          Period ending **April 30, 2009**

NAME OF BANK:    Bank of America          BRANCH:  Jacksonville

ACCOUNT NAME:   Mt. Calvary Missionary Baptist Church

ACCOUNT NUMBER:  8980 1860 8567

PURPOSE OF ACCOUNT: **Escrow Mortgage Funds**

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|------|-------------|-------|---------|--------|
| SEE ATTACHED | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Total | |

MOR-10

Check Register

Savings
5/21/2009

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|------|-----|-------------|---------|---|---------|---------|
| 4/30/2009 | DEP | Interest Collected<br>cat:       Interest Inc | | R | 0.02 | 238.76 |
| 4/30/2009 | EFT | MONTHLY MAINTENANCE FEE<br>cat:       Bank Charge | 12.00 | R | | 226.76 |

## ATTACHMENT 4C

## MONTHLY SUMMARY OF BANK ACTIVITY-TAX ACCOUNT

Name of Debtor:  Mt Calvary Missionary Baptist Church          Case Number:  08-00314-JAF
Reporting Period beginning **April 1, 2009**          Period ending **April 30, 2009**

**Note:  Debtor does not maintain a separate account for taxes.**

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation from can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:          **N/A**          BRANCH:

ACCOUNT NAME:  Mt. Calvary Missionary Baptist Church          ACCOUNT NUMBER:

PURPOSE ACCOUNT:  TAX

| | |
|---|---|
| Ending Balance per Bank Statement | |
| Plus Total Amount of Outstanding Deposits | |
| Minus Total Amount of Outstanding Checks and other debits | |
| Minus Service Charges | |
| Ending Balance per Check Register | |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**

The following disbursements were paid by Cash:  (☐ Check her if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Disbursement from this Account |
|---|---|---|---|---|
| | | | | |
| | | | | |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for Disbursement from this Account |
|---|---|---|---|---|
| | | | | |
| | | | | |

MOR-11

## CHECK REGISTER-TAX ACCOUNT

Name of Debtor:  Mt Calvary Missionary Baptist Church                    Case Number:  08-00314-JAF
Reporting Period beginning **April 1, 2009**                    Period ending **April 30, 2009**

NAME OF BANK:          **N/A**                    BRANCH:

ACCOUNT NAME:  Mt. Calvary Missionary Baptist Church          ACCOUNT NUMBER:

PURPOSE ACCOUNT:  TAX

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|------|-------------|-------|---------|--------|
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       | Total   |        |

## SUMMARY OF TAXES PAID

|                          |   |
|--------------------------|---|
| Sales & Use Taxes Paid   |   |
| Other Tax Paid           |   |
| TOTAL                    |   |

MOR-12

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  | Total |  |

**N/A**

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer / Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| Church Office (Pat Thomas) | $450.00 | $450.00 | 0.00 |
|  |  | Total |  |

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**

                                                          **TOTAL**
**INVESTMENT ACCOUNTS AND PETTY CASH (a + b)   $_____ (c)**

MOR-13

## MONTHLY TAX REPORT

Name of Debtor:  Mt Calvary Missionary Baptist Church          Case Number:  08-00314-JAF
Reporting Period beginning **April 1, 2009**          Period ending **April 30, 2009**

### N/A

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**PAYROLL LIABILITY, IF ANY, IS NOT KNOWN AT THIS TIME.**

MOR-14

## ATTACHMENT 7

### SUMMARY OF OFFICER OR OWNER COMPENSATION

### SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor: Mt Calvary Missionary Baptist Church    Case Number: 08-00314-JAF
Reporting Period beginning **April 1, 2009**    Period ending **April 30, 2009**

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Date | Title | Name | For | Amount |
|------|-------|------|-----|--------|
|      |       |      |     |        |
|      |       |      |     |        |
|      |       |      |     |        |

### PERSONNEL REPORT

**N/A**

|  | Full Time | Part Time |
|--|-----------|-----------|
| Number of employees at beginning of period |  |  |
| Number hired during the period |  |  |
| Number terminated or resigned during period |  |  |
| Number of employees on payroll at end of period |  |  |

### CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|----------------------|--------------|---------------|---------------|-----------------|------------------|
|                      |              |               |               |                 |                  |
|                      |              |               |               |                 |                  |
|                      |              |               |               |                 |                  |
|                      |              |               |               |                 |                  |

The following lapse in insurance coverage occurred this month:

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

Check here if U.S. Trustee has been listed as Certificate Holder for all insurance policies.

MOR-16

## SIGNIFICANT DEVELOPMENT

Name of Debtor:  Mt Calvary Missionary Baptist Church                Case Number:  08-00314-JAF
Reporting Period beginning **April 1, 2009**                        Period ending **April 30, 2009**


As of April 30, 2009 the debtor has not made its April, 2009 mortgage payment.

The Internal Revenue Service has requested employment and independent contractor's returns going back to 2002.  The debtor has found a service provider to produce and/or prepare the requested forms and handle 2008 and future payroll/contractor tax reporting.  The Bankruptcy Court has ordered the debtor to comply with the Internal Revenue Service's request for payroll related forms (see attached order denying the motion by the Internal Revenue Service to dismiss the case for lack of production of required payroll documents).

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:                                    )
                                          )
MT. CALVARY MISSIONARY BAPTIST            )
CHURCH OF JACKSONVILLE, INC.,             )
                                          )   Chapter 11 Proceeding
                    Debtor.               )
                                          )   Case No. 3:08-bk-00314-JAF
                                          )
_____          )

**ORDER DENYING MOTION TO DISMISS FILED
BY THE INTERNAL REVENUE SERVICE**

This case having come upon the creditor's Motion to Dismiss
filed by the Internal Revenue Service, and the Court being
advised of the debtor's failure to its federal employment tax
returns (FICA) for the quarters ending June 30, 2005, September
30, 2005, December 31, 2005, and March 30, 2007 through December
31, 2007, it is

Accordingly it is ORDERED:

The Motion is denied provided:

1.  The debtor is to provide Special Assistant U.S.
Attorney, Laura A. Price, with signed returns for the quarters
ending June 30, 2005, September 30, 2005, December 31, 2005, and
March 30, 2007 through December 31, 2007.

2.   The debtor must provide the aforementioned delinquent returns to the Internal Revenue Service within 15 days of the hearing on the Motion, or March 6, 2009.

3.   Failure to comply with the foregoing will result in a dismissal of the case without further notice or hearing, upon the filing of an affidavit of default by the Internal Revenue Service.

DATED this   25   day of   February   , 2009, at Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

Copies to:
Debtor
Rehan N. Khawaja
Laura A. Price, Special Assistant United States Attorney
Internal Revenue Service, Compliance (SBSE) Area 5, Janet Trapp